IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENITA A. PRIDGEON**                                                              **PLAINTIFF**

VS.                                              CASE NO. 5:06CV0216

**SOUTHEAST ARKANSAS COLLEGE**
**DIANN WILLIAMS, Vice President of Assessment**
**PHIL SHIRLEY, President**                                                   **DEFENDANTS**

## ORDER

Pending is Defendants' motion to dismiss. (Docket # 10). Plaintiff has responded. Plaintiff states that her claims against Separate Defendants Diann Williams and Phil Shirley are individual in nature. Further, Plaintiff argues that her complaint is specific enough to state a cause of action against Separate Defendant Southeast Arkansas College for alleged Title VII violations. The Court finds that Plaintiff's complaint should be amended to more fully articulate her claims, causes of action and supporting facts. Plaintiff is directed to file her amended complaint on or before January 3, 2007. Defendants' motion to dismiss is denied without prejudice to re-file.

IT IS SO ORDERED this 15th day of December, 2006.

James M. Moody
United States District Judge