IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENITA A. PRIDGEON**                                                                 **PLAINTIFF**

VS.                                            CASE NO. 5:06CV0216

**SOUTHEAST ARKANSAS COLLEGE**
**DIANN WILLIAMS**, Vice President of Assessment
**PHIL SHIRLEY**, President                                                             **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for belated filing of amended complaint. (Docket # 21).

For good cause shown, the motion is GRANTED. Plaintiff shall have up to and including

January 8, 2007 in which to file her amended complaint.

IT IS SO ORDERED this 5th day of January, 2007.

_____
James M. Moody
United States District Judge